ERNEST KLEIN, Appellant, v. SPEAR, LEEDS & KELLOGG et al., Defendants, and WEINGARTEN & Co. et al., Respondents.—

616

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.